Appellant's judgment of sentence is affirmed.[16]

Former Justice ORIE MELVIN did not participate in the decision of this case.

Chief Justice CASTILLE and Justices SAYLOR, EAKIN, BAER and TODD join the opinion.

Roger BUEHL, Appellant

v.

Jeffery A. BEARD, Secretary, Pennsylvania Department of Corrections, Paul K. Smeal, Superintendent, State Correctional Institution at Smithfield and Pennsylvania Department of Corrections, Appellees.

Supreme Court of Pennsylvania.

April 28, 2014.

### ORDER

PER CURIAM.

AND NOW, this 28th day of April, 2014, the order of the Commonwealth Court is hereby AFFIRMED.

Raymond J. SMOLSKY, Appellant

v.

DEPARTMENT OF PROBATION AND PAROLE, Appellee.

Supreme Court of Pennsylvania.

April 28, 2014.

---

**16.** The Prothonotary of this Court is directed to transmit to the Governor's office a full and complete record of the trial, sentencing hearing, imposition of sentence, and opinion and order by the Supreme Court in accordance with 42 Pa.C.S. § 9711(i).

Raymond J. Smolsky, pro se.

John Jason Talaber, PA Board of Probation & Parole, Harrisburg, for Pennsylvania Board of Probation and Parole.

## ORDER

PER CURIAM.

**AND NOW,** this 28th day of April, 2014, the Order of the Commonwealth Court is **AFFIRMED.**